**Complaint Synopsis**

| | |
|---|---|
| **Name:** | ANGEL LUIS LOZANO |
| **Address:** (City & State Only) | Lawrence, Massachusetts |
| **Year of Birth and Age:** | 1997/25 |
| **Violations:** | Count 2: Distribution and possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1).<br><br>Count 3: Conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). |
| **Penalties:** | Count 2: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>Count 3: Imprisonment of not more than twenty years (21 U.S.C. § 841(b)(1)(C)), or a fine not to exceed one million dollars ($1,000,000) (21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 3571(b)(1)), or both.<br><br>Counts 2 and 3 are Class C felonies pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count 2:  Not less than three years and not more than life.  21 U.S.C. § 841(b)(1)(C).<br><br>Count 3:  Not less than three years and not more than life.  21 U.S.C. § 841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 2: Not more than two years.  18 U.S.C. § 3583(e)(3).<br><br>Count 3: Not more than two years.  18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 2: Life less any period of imprisonment imposed upon revocation of supervised release.  18 U.S.C. § 3583(h). |

|  | Count 3: Life less any period of imprisonment imposed upon revocation of supervised release.  18 U.S.C. § 3583(h). |
|---|---|
| **Defendant's Attorney:** |  |
| **Primary Investigative Agency and Case Agent Name:** | FBI/Grimes |
| **Detention Status:** | Warrant to Issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Noah Falk |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |